IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES W. BARCLAY,

    Plaintiff,

v.                              Case No. 5:16cv144-MW/EMT

CENTURION OF FLORIDA LLC,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 82. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Centurion's Motion to Dismiss, ECF No. 73, is **GRANTED**. Plaintiff's claims against Centurion are **DISMISSED without prejudice** for failure to exhaust administrative remedies prior to filing this case." The Clerk shall also close the file.

**SO ORDERED** on September 19, 2019.

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**